ELECTRONICALLY FILED
9/14/2020 10:12 AM
57-CV-2020-900219.00
CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA
JODY SELLERS, CLERK

## IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| SCOTT EATON, | * |
| Plaintiff, | * |
| vs. | * Civil Action No.: 2020-_____ |
| WESTROCK COMPANY, | * JURY DEMAND |
| Defendant. | * |

### COMPLAINT

COMES NOW, Scott Eaton, as Plaintiff, and shows this Honorable Court as follows:

### STATEMENT OF THE PARTIES

1. Plaintiff Scott Eaton is over the age of 19 years and is a resident citizen of Onslow County, North Carolina.

2. Defendant WestRock Company (hereinafter "WestRock") is a Georgia corporation and at all times material doing business in Russell County, Alabama.

### STATEMENT OF THE FACTS

3. On February 27, 2019, Scott Eaton was employed by RMR Mechanical as an iron rigger/welder and was a business invitee at the WestRock plant in Russell County, Alabama.

4. On the day of Mr. Eaton's injury, he was working at the WestRock facility in Russell County, Alabama when he slipped and fell in sodium hydroxide which had been spilled.

5. The fall in the chemicals severely burned Mr. Eaton.

6. Mr. Eaton underwent medical treatment for his injuries. He has incurred medical expenses related thereto and will incur medical expenses in the future. Mr. Eaton is unable to perform some of his normal activities. He has lost income and his ability to earn income in the future has been compromised. Mr. Eaton has suffered and will continue to suffer in the future, sever pain, mental anguish, and disfigurement. He has suffered a permanent physical and vocational impairment and has been otherwise injured and damaged.

### Count I

### NEGLIGENCE/WANTONESS

7. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

8. On February 27, 2019, Defendants negligently and/or wantonly maintained the premises of the WestRock plant so that it was not reasonably safe for business invitees including Plaintiff.

9. Defendant WestRock had a duty to maintain the premises in a reasonably safe condition.

10. Defendant breached this duty in spilling and/or allowing a hazardous chemical to remain on the property in an uncontained manner.

11. The area was not adequately marked to alert individuals of the chemical spill on the floor and that it could potentially be dangerous.

12. As a proximate consequence of the Defendant's negligent and/or wanton conduct, Mr. Eaton fell in the hazardous chemical and was caused to suffer

the following injuries and damages: third-degree burns to his right leg; medical expenses; physical pain and mental anguish and will continue to do so in the future; permanent scarring and disfigurement; he has lost income and will continue to lose income in the future; his ability to continue normal activities was impaired and will be impaired in the future; he suffered permanent injury; and, was otherwise injured and damaged.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount that will compensate him for his injuries and damages, and a separate amount in punitive damages and his costs of this action.

## COUNT TWO
## FAILURE TO WARN

13. Plaintiff re-alleges paragraphs 1 through 12 of the Complaint as if set out here in full.

14. Defendant knew, or should have known, the chemical spill presented a hazard and an unsafe condition to business invitees, including Plaintiff.

15. Defendants negligently and/or wantonly failed to warn the Plaintiff of the unsafe condition.

16. As a proximate consequence of said failure to warn, Plaintiff was injured and damaged as set forth in paragraph 12 above.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount that will totally compensate him for injuries and damages, a separate amount in punitive damages and his costs of this action.

Respectfully submitted this the 14th day of September 2020.

/s/ *Evan G. Allen*
EVAN G. ALLEN(ALL103)
Attorney for Plaintiff

OF COUNSEL:
*BEASLEY, ALLEN, CROW,*
*METHVIN, PORTIS & MILES, P.C.*
Post Office Box 4160
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 fax

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Alabama Rules of Civil Procedure, the Plaintiff demands a trial by jury on all issues of this Complaint.

**Defendant may be served at the following address:**

WestRock Coated Board, LLC
145 Hwy 165 S.
Cottonton, AL 36851

4