# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SCOTT EATON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| WESTROCK COMPANY, | ) 3:20-cv-00860-SMD |
| Defendant. | ) |

## JOINT MOTION TO SUBSTITUTE

Plaintiff Scott Eaton and Defendant WestRock Company respectfully submit this joint motion for an order substituting WestRock Coated Board, LLC as a defendant for WestRock Company. In support of their motion, the parties state as follows:

1. Plaintiff filed this action in the Circuit Court of Russell County, Alabama on September 14, 2020 naming WestRock Company as the sole defendant. His claims arise out of an incident occurring at the Mahrt Mill located in Cottonton, Alabama.

2. Less than thirty days after being served with the Summons and Complaint, WestRock Company removed the action to this Court on the basis of diversity jurisdiction.

3. WestRock Company, however, is not the proper defendant. WestRock Coated Board, LLC owns and operates the Mahrt Mill, making it the proper WestRock entity to be named as a defendant.

4. Substituting WestRock Coated Board, LLC as the defendant for WestRock Company will not affect the Court's jurisdiction. WestRock Coated Board, LLC, like WestRock Company, is a citizen of Delaware and Georgia for jurisdictional purposes.[1]

WHEREFORE, premises considered, the parties respectfully request that the Court grant this motion, substitute WestRock Coated Board, LLC as a defendant for WestRock Company, and dismiss WestRock Company from this action.

Respectfully submitted,

/s/ Evan P. Moltz
John A. Earnhardt
Evan P. Moltz
Attorneys for WestRock Company

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North

---

[1] WestRock Coated Board, LLC is a Delaware limited liability company. WestRock MWV, LLC is the only member of WestRock Coated Board, LLC, which has only a single member as well: WRKCo Inc. WRKCo Inc. is a Delaware corporation with its principal place of business in Georgia. WestRock Coated Board, LLC is thus a citizen of Delaware and Georgia for the jurisdictional analysis. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (per curiam) (holding that "like a limited partnership, a limited liability company is a citizen of any state of which a member of the company is a citizen").

Suite 1700
Birmingham, AL 35203-2618
Telephone:  205.254.1000
Fax:  205.254.1999
Email:  jearnhardt@maynardcooper.com
       emoltz@maynardcooper.com

                                        /s/ Evan G. Allen
                                        Evan G. Allen
                                        Attorney for Plaintiff Scott Eaton

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
     PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36104
Telephone: 334.269.2343
Fax: 334.954.7555
Email:  evan.allen@beasleyallen.com

## CERTIFICATE OF SERVICE

     I hereby certify I served on this the 16th day of November 2020, the foregoing on all counsel of record via email and/or U.S. mail at the following address:

Evan G. Allen
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36104
evan.allen@beasleyallen.com

                                        /s/ Evan P. Moltz
                                        OF COUNSEL