## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **SCOTT EATON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:20-cv-860-SMD** |
| | ) | |
| **WESTROCK COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Upon consideration of the parties' Joint Motion to Substitute (Doc. 7), it is:

ORDERED that the parties' Motion (Doc. 7) is GRANTED. The Clerk of the Court is DIRECTED to dismiss WestRock Company as a defendant in this case and add WestRock Coated Board, LLC as a defendant.

Done this 18th day of November, 2020.


/s/ Stephen M. Doyle
CHIEF UNITED STATES MAGISTRATE JUDGE